FILED
AUG 2 0 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:24 CR 00294 |
| | ) | Title 21, United States Code, |
| BROOKE LOGAN, | ) | Sections 841(a)(1) and (b)(1)(C) |
| Defendant. | ) | **JUDGE BRENNAN** |

COUNT 1
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about June 14, 2024, in the Northern District of Ohio, Eastern Division, Defendant BROOKE LOGAN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BROOKE LOGAN shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of

such violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.